UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| ETHEL MARIE SIMS, | )<br>) |
| *Plaintiff,* | )<br>) |
| | ) Case No. 2:17-cv-4 |
| v. | )<br>) Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, | ) Magistrate Judge Corker |
| | ) |
| *Defendant.* | )<br>) |

# **ORDER**

On December 11, 2017, United States Magistrate Judge Clifton L. Corker filed a Report and Recommendation (Doc. 22) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Corker recommended that Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Corker's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment (Doc. 12) is hereby **DENIED**, Defendant's Motion for Summary Judgment (Doc. 19) is hereby **GRANTED**, and this action is hereby **DISMISSED WITH PREJUDICE**.

---

[1] Magistrate Judge Corker specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 22 at 23 n. 4); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

**SO ORDERED** this 5th day of January, 2018.

                                             */s/ Harry S. Mattice, Jr.*
                                             HARRY S. MATTICE, JR.
                                             UNITED STATES DISTRICT JUDGE